IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WELLEKSON GONCALVES SILVA,<br><br>     Petitioner,<br>vs.<br><br>ADRIENE FERREIRA DOS SANTOS,<br><br><br>     Respondent. | CASE NO.<br>1:22-cv-3371-ELR |

**RESPONDENT ADRIENE FERREIRA
DOS SANTOS' ANSWER AND DEFENSES**

Respondent **ADRIENE FERREIRA DOS SANTOS** ("dos Santos"), through her counsel, **STEPHEN M. KATZ, THE KATZ LAW FIRM – GA. LLC**, submits the following Answer and Defenses to Petitioner's Complaint.

**DEFENSES**

Without conceding, assuming or denying the burden of proof, Respondent states the following defenses and/or affirmative defenses:

## FIRST DEFENSE

The Complaint should be dismissed because Petitioner was not "actually exercising custody rights at the time of the removal or retention" under Article 13.

## SECOND DEFENSE

Petitioner "consented to or acquiesced in the removal or retention" under Article 13.

## THIRD DEFENSE

More than one year passed from the time of the wrongful removal or retention until the date the petitioner commenced a judicial or administrative proceeding for the return of the child, under Article 12.

## FOURTH DEFENSE

"[T]here is grave risk that the child's return would expose the child to physical or psychological harm" or otherwise place the child in an intolerable situation," under Article 13(b).

## FIFTH DEFENSE

Return of the child would place the child in an "intolerable situation," under Article 13(b).

## SIXTH DEFENSE

Return of the child would subject her to violation of basic human rights and fundamental freedoms, under Article 20.

## SEVENTH DEFENSE

Petitioner is barred from bringing this action or obtaining any relief whatsoever under the fugitive disentitlement doctrine.

## EIGHTH DEFENSE

Respondent reserves the right to assert additional defenses which become known to her during or after discovery.

## NINTH DEFENSE

Responding to the enumerated paragraphs of Petitioner's Complaint, and using the same numbered paragraphs that appear therein, Respondent answers as follows:

## INTRODUCTION

1. The allegations contained in paragraph 1 of the Complaint are **DENIED**.

## VENUE

2. The allegations contained in paragraph 2 of the Complaint are **ADMITTED**.

3. The allegations contained in paragraph 3 of the Complaint are **ADMITTED**.

4. The allegations contained in paragraph 4 of the Complaint are **DENIED**.

5. The allegations contained in paragraph 5 of the Complaint are **ADMITTED**.

6. The allegations contained in paragraph 6 of the Complaint are **ADMITTED**.

7. The allegations contained in paragraph 7 of the Complaint are **ADMITTED**.

8. The allegations contained in paragraph 8 of the Complaint are **ADMITTED**.

## JURISDICTION AND VENUE

9. The allegations contained in paragraph 9 of the Complaint are **ADMITTED**.

10. The allegations contained in paragraph 10 of the Complaint are **ADMITTED**.

## STATEMENT OF FACTS

11. The allegations contained in paragraph 11 of the Complaint are **DENIED**.

12. The allegations contained in paragraph 12 of the Complaint are **ADMITTED**.

13. The allegations contained in paragraph 13 of the Complaint are **ADMITTED**.

14. The allegations contained in paragraph 14 of the Complaint are **DENIED**.

15. The allegations contained in paragraph 15 of the Complaint are **DENIED**.

16. The allegations contained in paragraph 16 of the Complaint are **DENIED**.

17. The allegations contained in paragraph 17 of the Complaint are **DENIED**.

18. The allegations contained in paragraph 18 of the Complaint are **DENIED**.

19. The allegations contained in paragraph 19 of the Complaint are **DENIED**.

20. The allegations contained in paragraph 20 of the Complaint are **DENIED**.

21. The allegations contained in paragraph 21 of the Complaint are **DENIED**.

22. The allegations contained in paragraph 22 of the Complaint are **DENIED**.

23. The allegations contained in paragraph 23 of the Complaint are **DENIED**.

24. The allegations contained in paragraph 24 of the Complaint are **DENIED**.

25. The allegations contained in paragraph 25 of the Complaint are **DENIED**.

26. The allegations contained in paragraph 26 of the Complaint are **DENIED**.

27. Respondent is without sufficient information to admit or deny the allegations in paragraph 27 of the Complaint. The allegations contained in paragraph 27 of the Complaint are therefore **DENIED**.

28. Respondent is without sufficient information as to what action, if any, the Brazilian government took. The allegations contained in paragraph 28 of the Complaint are therefore **DENIED**.

29. The allegations contained in paragraph 29 of the Complaint are **DENIED**.

30. The allegations contained in paragraph 30 of the Complaint are **DENIED**.

31. The allegations contained in paragraph 31 of the Complaint are **DENIED**.

32. The allegations contained in paragraph 32 of the Complaint are **DENIED**.

33. The allegations contained in paragraph 33 of the Complaint are **DENIED**.

34. The allegations contained in paragraph 34 of the Complaint are **DENIED**.

35. The allegations contained in paragraph 35 of the Complaint are **DENIED**.

36. The allegations contained in paragraph 36 of the Complaint are **DENIED**.

37. The allegations contained in paragraph 37 of the Complaint are **DENIED**.

38. The allegations contained in paragraph 38 of the Complaint are **DENIED**.

39. The allegations contained in paragraph 39 of the Complaint are **DENIED**.

40. Respondent incorporates the defenses and responses contained in paragraphs 1–39 of the Complaint.

41. The allegations contained in paragraph 41 of the Complaint are **DENIED**.

42. The allegations contained in paragraph 42 of the Complaint are statements of law and require no response. The

allegations contained in paragraph 42 of the Complaint are therefore **DENIED**.

43. The allegations contained in paragraph 43 of the Complaint are **DENIED**.

44. The allegations contained in paragraph 44 of the Complaint are **DENIED**.

45. The allegations contained in paragraph 45, including all subparts, of the Complaint are **DENIED**.

46. The allegations contained in paragraph 46 of the Complaint are **DENIED**.

47. Respondent incorporates the defenses and responses contained in paragraphs 1–46 of the Complaint.

48. The allegations contained in paragraph 48 of the Complaint are **DENIED**.

49. Respondent incorporates the defenses and responses contained in paragraphs 1–48 of the Complaint.

50. The allegations contained in paragraph 50 of the Complaint are a statement of future intent and are therefore **DENIED.**

51. To the extent that any allegations contained in 50 of the Complaint have not been answered, those allegations are **DENIED.**

52. All of the allegations contained in the ad damnum clause of the Complaint are Denied and Respondent **DENIES** that Petitioner is entitled to any relief whatsoever.

**WHEREFORE**, Respondent requests that the Court dismiss the Petitioner's Complaint and enter judgment in her favor together with all attorney's fees and costs.

DATE: →21 December 2022.     By: **/s Stephen M. Katz**
                                  Stephen M. Katz
                                  Ga Bar No. 409065

**THE KATZ LAW FIRM – GA.** LLC
1225 Johnson Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal