IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WELLEKSON GONÇALVES SILVA,<br><br>Petitioner,<br><br>v.<br><br>ADRIENE FERREIRA DOS SANTOS,<br><br>Respondent. | No. 1:22-cv-03371-ELR |

**PETITIONER'S CONSOLIDATED DISCOVERY STATEMENT**

Pursuant to Federal Rules of Civil Procedure 37(a)(1), (a)(3)(A), and 37(c)(1); Local Rule 37.1; and the Instructions for Cases Assigned to the Honorable Eleanor L. Ross, Petitioner Wellekson Gonçalves Silva respectfully submits this consolidated discovery statement and requests that the Court grant him permission to file a motion for an order compelling Respondent's initial disclosure and for appropriate sanctions.

This statement only contains Petitioner's position, as Respondent has not responded to Petitioner's attempts to resolve this dispute or to meet and confer.

1

I. **Respondent Has Not Filed Her Initial Disclosure, Threatening Petitioner's Ability to Prepare for Trial Scheduled in Three Weeks.**

**Petitioner's position.** This parties agreed to file initial disclosures by January 6, 2023. Timely disclosure of potential witnesses was critical given the rapidly approaching deadlines, including the deadline to serve deposition notices (January 18) and trial (February 6). The Court has emphasized the need for speedy resolution of disputes brought under the Hague Convention, noting that the Convention "proposes a six (6)-week timeframe from the initial filing of a petition to decision in this action," and that the "Supreme Court has stated that courts can and should take steps to decide these cases as expeditiously as possible." Order at 1–2, *Silva* v. *Ferreira dos Santos*, No. 22-cv-03371-ELR (N.D. Ga. Aug. 23, 2022), Dkt. No. 7 (internal quotation marks and citations omitted). Respondent ignored this deadline, and her disclosure is a week overdue.

Petitioner's counsel has sent Respondent's counsel repeated reminders and requests that Respondent file her disclosure, to no avail:

- On January 10, 2023, in responding to Respondent's late transmission of her discovery requests (sent four days late), Petitioner's counsel asked about the

status of her disclosure, which were by then also four days late.[1] Respondent's counsel responded that he would file it by January 11, 2023.

- On January 12, 2023, after having not received the disclosure on January 11 or any explanation for the delay, Petitioner's counsel again asked about the status of Respondent's disclosure. Respondent's counsel responded but did not say when he would file Respondent's disclosure. In an attempt to clarify, Petitioner's counsel again asked when Respondent would file her disclosure. Respondent's counsel did not respond.

- The night of January 12, Petitioner's counsel again asked about the status of Respondent's disclosure and urged Respondent's counsel to file it on January 13. Respondent's counsel did not respond.

- On January 13, 2023, Petitioner's counsel called Respondent's counsel twice and left voicemails in an attempt to confer and to ask about the status of Respondent's disclosure. Petitioner's counsel also sent Respondent's counsel an email seeking Respondent's position on this Consolidated Discovery

---

[1] Petitioner is not submitting as an exhibit the email chain between the parties that contains Petitioner's attempts to resolve this dispute without intervention from the Court and from which this timeline is derived. Petitioner can provide that document upon request.

Statement. Respondent's counsel did not answer the phone or respond to the voicemails or email.

This matter is being litigated on an expedited basis. Respondent's flagrant violation of applicable deadlines is severely hampering Petitioner's ability to prepare his case. Respondent should be compelled to immediately file her disclosure and the Court should impose appropriate sanctions. *See, e.g.*, *Weaver* v. *Anthem, Inc.*, No. 118CV03801LMMLTW, 2021 WL 7708410, at *4 (N.D. Ga. June 15, 2021), *report and recommendation adopted sub nom. Weaver* v. *Anthem Companies, Inc.*, No. 1:18-CV-03801-LMM, 2021 WL 7708506 (N.D. Ga. July 29, 2021) (granting sanctions for, among other things, failing to produce initial disclosures despite diligent attempts at trying to get the sanctioned party to respond).

Petitioner respectfully requests that the Court grant him permission to file a motion for an order compelling Respondent's initial disclosure and for appropriate sanctions.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted January 13, 2023.

**ALSTON & BIRD LLP**

<u>*/s/ James Y. Hwang*</u>
James Y. Hwang
Georgia Bar No. 325783
Matthew L.J.D. Dowell
Georgia Bar No. 236685
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 881-7000
Fax:  (404) 881-7777
james.hwang@alston.com
matt.dowell@alston.com

Lucas Queiroz Pires (*pro hac vice*)
Kristen Bartolotta (*pro hac vice*)
950 F Street, NW
Washington, DC 20004
Telephone:  (202) 239-3300
Fax:  (202) 239-3333
lucas.queirozpires@alston.com
kristen.bartolotta@alston.com

*Counsel for Petitioner Wellekson Gonçalves Silva*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Civil Procedure 37(a)(1), Local Rule 37.1, and the Instructions for Cases Assigned to the Honorable Eleanor L. Ross, I hereby certify that I attempted to meet and confer with counsel for Respondent about this discovery statement via telephone on January 13, 2023, to which he did not respond.

> */s/ James Y. Hwang*
> James Y. Hwang
> Georgia Bar No. 325783
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> Telephone:  404-881-7000
> Fax:  404-881-7777
> james.hwang@alston.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements, and is formatted in Times New Roman, 14 point font.

*/s/ James Y. Hwang*
James Y. Hwang
Georgia Bar No. 325783
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Fax:  404-881-7777
james.hwang@alston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ *James Y. Hwang*
James Y. Hwang
Georgia Bar No. 325783
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Fax: 404-881-7777
james.hwang@alston.com