# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WELLEKSON GONÇALVES SILVA, <br><br> Petitioner, <br><br> v. <br><br> ADRIENE FERREIRA DOS SANTOS, <br><br> Respondent. | No. 1:22-cv-03371-ELR |

## MOTION FOR LEAVE TO WITHDRAW
## PETITIONER'S CONSOLIDATED DISCOVERY STATEMENT

Petitioner Wellekson Gonçalves Silva respectfully moves the Court for leave to withdraw Petitioner's Consolidated Discovery Statement, Dkt. No. 28. The parties have conferred and resolved this dispute, and the Court's intervention is no longer necessary. Petitioner further requests that the Court enter the proposed order attached as Exhibit A.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted January 18, 2023.

**ALSTON & BIRD LLP**

<u>/s/ *James Y. Hwang*</u>
James Y. Hwang
Georgia Bar No. 325783
Matthew L.J.D. Dowell
Georgia Bar No. 236685
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 881-7000
Fax:  (404) 881-7777
james.hwang@alston.com
matt.dowell@alston.com

Lucas Queiroz Pires (*pro hac vice*)
Kristen Bartolotta (*pro hac vice*)
950 F Street, NW
Washington, DC 20004
Telephone:  (202) 239-3300
Fax:  (202) 239-3333
lucas.queirozpires@alston.com
kristen.bartolotta@alston.com

*Counsel for Petitioner Wellekson Gonçalves Silva*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements, and is formatted in Times New Roman, 14 point font.

                                             */s/ James Y. Hwang*
                                             James Y. Hwang
                                             Georgia Bar No. 325783
                                             ALSTON & BIRD LLP
                                             1201 West Peachtree Street
                                             Atlanta, GA 30309
                                             Telephone:  404-881-7000
                                             Fax:  404-881-7777
                                             james.hwang@alston.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I electronically filed Petitioner's Motion for Leave to Withdraw Petitioner's Consolidated Discovery Statement with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ *James Y. Hwang*
James Y. Hwang
Georgia Bar No. 325783
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Fax: 404-881-7777
james.hwang@alston.com