IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WELLEKSON GONÇALVES SILVA,<br><br>Petitioner,<br><br>v.<br><br>ADRIENE FERREIRA DOS SANTOS,<br><br>Respondent. | No. 1:22-cv-03371-ELR |

## [PROPOSED] ORDER

Before this Court is Petitioner's Motion for Leave to Withdraw Petitioner's Consolidated Discovery Statement. Upon review and for good cause shown, the Court **GRANTS** the Motion. Petitioner's Consolidated Discovery Statement is therefore **DENIED AS MOOT**.

**SO ORDERED,** this _____ day of January, 2023.

_____
Hon. Eleanor L. Ross
United States District Judge
Northern District of Georgia