# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| WELLEKSON GONCALVES SILVA, | * * * | |
| Petitioner, | * * | |
| v. | * * | 1:22-CV-03371-ELR |
| ADRIENE FERREIRA DOS SANTOS, | * * * | |
| Respondent. | * * | |

## O R D E R

Upon review and consideration of the testimony presented during and the evidence admitted at the February 17, 2023 evidentiary hearing and for the reasons discussed at that hearing, the Court **GRANTS** the relief requested in Petitioner Wellekson Goncalves Silva's "Complaint and Petition for Return of Minor Child Under the International Child Abduction Remedies Act." [Doc. 1]. Accordingly, the Court **DIRECTS** the Parties to, within fourteen (14) days of this order, confer and advise the Court of the timeline for and logistics regarding the return of the Parties' Child, Y.F.G., to Petitioner in Brazil and any other matters the Court needs to address to resolve this matter.

**SO ORDERED**, this 21st day of February, 2023.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia