IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WELLEKSON GONÇALVES SILVA, <br><br> Petitioner, <br><br> v. <br><br> ADRIENE FERREIRA DOS SANTOS, <br><br> Respondent. | No. 1:22-cv-03371-ELR |

## ORDER

Before this Court is Petitioner's Motion for Miscellaneous Relief. Upon review and for good cause shown, the Court **GRANTS** the motion. Petitioner's Motion to Reopen the Case and for an Order Facilitating Y.F.G.'s Return to Brazil (Dkt. No. 99) is **DENIED AS MOOT**.

**SO ORDERED,** this 2nd day of January, 2024.

_____
Hon. Eleanor L. Ross
United States District Court
Northern District of Georgia